IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>    Defendants. | Case No. 2:17-CV-01251<br><br>Hon. Patricia L. Dodge |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff U.S. Equal Employment Opportunity Commission (the "Commission" or "EEOC") and Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company ("Defendants") respectfully move the Court for approval and entry of the attached Consent Decree (Exhibit 1). In support of the Motion, the parties state as follows:

1. The Commission and Defendants have negotiated the attached Consent Decree as a resolution of the Commission's claims in the above-captioned case.

2. The Commission and Defendants believe that the terms of this Consent Decree are adequate, fair, reasonable, equitable and just.

3. The Commission and Defendants believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person. The entry of this Consent Decree will further the objectives of the Title VII of the Civil Rights Act of 1964, as amended, and will be in the best interests of the parties, those for whom the Commission seeks relief and the public.

1

Respectfully submitted,

/s/
Gregory A. Murray
Senior Trial Attorney
Pa. I.D. No. 316144
EEOC – Pittsburgh Area Office
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
Telephone: (412) 588-6907
Facsimile: (412) 395-5749
E-mail: gregory.murray@eeoc.gov

*Counsel for EEOC*


/s/
Christopher J. DeGroff
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
E-mail: cdegroff@seyfarth.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) **Plaintiff,** ) ) v. ) ) NORFOLK SOUTHERN CORPORATION ) and NORFOLK SOUTHERN RAILWAY ) COMPANY, ) ) **Defendants.** ) ) | Case No. 2:17-CV-01251 Hon. Patricia L. Dodge |

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2020, I filed a true and correct copy of the foregoing Joint Motion for Entry of Consent Decree with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    Respectfully submitted,

    **For Plaintiff U.S. Equal Employment Opportunity Commission:**

    /s/ Gregory A. Murray
    GREGORY A. MURRAY
    Senior Trial Attorney
    Pa. I.D. No. 316144
    EEOC – Pittsburgh Area Office
    William S. Moorhead Federal Building
    1000 Liberty Avenue, Suite 1112
    Pittsburgh, PA 15222
    Phone: 412-588-6907
    Fax: 412-395-5749
    gregory.murray@eeoc.gov